# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In Re:   CLIFTON J HUBBARD                                    Case No.: 09-21331

         Debtor(s)

---

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/12/2009.

2) This case was confirmed on 10/08/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 02/07/2012.

5) The case was converted on 05/23/2012.

6) Number of months from filing to the last payment: 34

7) Number of months case was pending: 36

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $   41,301.00

10) Amount of unsecured claims discharged without payment $       .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $ 16,297.72 |
| Less amount refunded to debtor | $ .00 |
| **NET RECEIPTS** | $ 16,297.72 |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid through the Plan | $ 3,500.00 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 971.79 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 4,471.79 |
| Attorney fees paid and disclosed by debtor | $ .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| NORTH STAR CAPITAL A | UNSECURED | NA | 297.50 | 297.50 | .00 | .00 |
| MCSI/RMI | UNSECURED | NA | 696.30 | 696.30 | .00 | .00 |
| ILLINOIS DEPT OF REV | OTHER | .00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | UNSECURED | 4,000.00 | 11,369.46 | 11,369.46 | .00 | .00 |
| INTERNAL REVENUE SER | UNSECURED | 21,000.00 | 22,808.20 | 22,808.20 | .00 | .00 |
| CHONIDA ALLEN | OTHER | .00 | NA | NA | .00 | .00 |
| PORTIA MCBRIDE | OTHER | .00 | NA | NA | .00 | .00 |
| ROBERT J ADAMS & ASS | PRIORITY | 3,500.00 | NA | NA | .00 | .00 |
| ANOINTEE HEALTH PART | UNSECURED | 210.00 | NA | NA | .00 | .00 |
| NICOR GAS COMP | OTHER | .00 | NA | NA | .00 | .00 |
| BANK OF AMERICA | UNSECURED | 753.61 | 570.92 | 570.92 | .00 | .00 |
| BEVERLY BUS GARAGE F | UNSECURED | 7,000.00 | 5,603.52 | 5,603.52 | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 2,500.00 | 2,600.00 | 2,600.00 | .00 | .00 |
| CERTEGY | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| CHECK SYSTEM | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| CHARLES MCCATHY | UNSECURED | 2,087.43 | NA | NA | .00 | .00 |
| CHECK N GO | UNSECURED | 837.49 | NA | NA | .00 | .00 |
| CITY OF COUNTRY CLUB | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 417.17 | 346.66 | 346.66 | .00 | .00 |
| COMMONWEALTH EDISON | OTHER | .00 | NA | NA | .00 | .00 |
| COMED | OTHER | .00 | NA | NA | .00 | .00 |
| DENTAL WORKS STATE S | UNSECURED | 30.00 | NA | NA | .00 | .00 |
| SULLIVAN URGENT AID | OTHER | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| DIRECT TV | UNSECURED | 277.67 | NA | NA | .00 | .00 |
| SUBURBAN EMERGENCY P | OTHER | .00 | NA | NA | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | 479.00 | NA | NA | .00 | .00 |
| CASH CALL | OTHER | .00 | NA | NA | .00 | .00 |
| CHECK N GO | OTHER | .00 | NA | NA | .00 | .00 |
| HSBC | UNSECURED | 3,031.37 | NA | NA | .00 | .00 |
| HSBC | UNSECURED | .00 | NA | NA | .00 | .00 |
| ILLINOIS STATE HIGHW | UNSECURED | 162.40 | NA | NA | .00 | .00 |
| INGALLS HOSPITAL | UNSECURED | 384.93 | NA | NA | .00 | .00 |
| INGALLS MEMORIAL HOS | UNSECURED | 943.04 | NA | NA | .00 | .00 |
| IC SYSTEM INC | UNSECURED | 390.00 | 507.00 | 507.00 | .00 | .00 |
| HSBC | OTHER | .00 | NA | NA | .00 | .00 |
| MCI | UNSECURED | 421.51 | NA | NA | .00 | .00 |
| MCI COMMUNICATIONS | OTHER | .00 | NA | NA | .00 | .00 |
| MEDCLR | UNSECURED | 174.00 | NA | NA | .00 | .00 |
| INGALLS MEMORIAL HOS | OTHER | .00 | NA | NA | .00 | .00 |
| MITCHELL GLASER | UNSECURED | 220.00 | NA | NA | .00 | .00 |
| DIRECT TV | OTHER | .00 | NA | NA | .00 | .00 |
| BANK OF AMERICA | OTHER | .00 | NA | NA | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 984.00 | 984.39 | 984.39 | .00 | .00 |
| ORCHARD BANKCARD SER | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| WEALTH NEW WORLD MED | UNSECURED | 434.89 | NA | NA | .00 | .00 |
| PAYDAY LOAN EXPRESS | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| SOUTHWEST MEDICAL AF | UNSECURED | 183.00 | NA | NA | .00 | .00 |
| ST FRANCIS HOSPITAL | UNSECURED | 380.25 | NA | NA | .00 | .00 |
| FIRST FINANCIAL PORT | UNSECURED | 2,500.97 | NA | NA | .00 | .00 |
| SUBURBAN EMERGENCY P | UNSECURED | 185.00 | NA | NA | .00 | .00 |
| SULLIVAN URGENT AID | UNSECURED | 82.00 | NA | NA | .00 | .00 |
| SUN CASH | UNSECURED | 300.00 | NA | NA | .00 | .00 |
| TCF BANK | UNSECURED | 150.00 | NA | NA | .00 | .00 |
| UNIVERSITY OF CHICAG | UNSECURED | 1,125.00 | NA | NA | .00 | .00 |
| FAIR WAY FINANCIAL | UNSECURED | 825.00 | NA | NA | .00 | .00 |
| ACC CONSUMER FINANCE | SECURED | 18,000.00 | 18,528.08 | 18,000.00 | 6,279.29 | 2,318.31 |
| LVNV FUNDING | UNSECURED | NA | 570.29 | 570.29 | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | .00 | 1,548.50 | 1,548.50 | .00 | .00 |
| IL STATE DISBURSEMEN | OTHER | .00 | NA | NA | .00 | .00 |
| ROBERT J ADAMS & ASS | PRIORITY | NA | .00 | 6.33 | 6.33 | .00 |
| ACC CONSUMER FINANCE | UNSECURED | NA | .00 | 528.08 | .00 | .00 |
| ILLINOIS DEPT OF REV | UNSECURED | NA | 614.36 | 614.36 | .00 | .00 |
| ILLINOIS DEPT OF REV | PRIORITY | NA | 5,596.34 | 5,596.34 | 3,222.00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 18,000.00 | 6,279.29 | 2,318.31 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 18,000.00 | 6,279.29 | 2,318.31 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 5,602.67 | 3,228.33 | .00 |
| **TOTAL PRIORITY:** | 5,602.67 | 3,228.33 | .00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | 49,045.18 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 4,471.79 |
| Disbursements to Creditors | $ | 11,825.93 |
| **TOTAL DISBURSEMENTS:** | $ | 16,297.72 |

12)    The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated:   06/14/2012              /s/ Tom Vaughn
                                 Tom Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**